1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    BRUCE J. KIESSLING,

                                            NO:  13-CV-0037-TOR
8          Plaintiff / Counter-Defendant,

                                            ORDER GRANTING STIPULATED
9    v.                                     MOTION FOR ENTRY OF
                                            JUDGMENT AND DISMISSAL
10   JAMES M. SIMMONS, individually,
     and the martial community comprised
11   of JAMES M. SIMMONS and VICKI
     L. SIMMONS,
12
           Defendants / Counter-Claimants.
13

14         BEFORE THE COURT is the parties' Third Stipulated Motion for Entry of

15   Judgment (ECF No. 19).  This matter was submitted for consideration without oral

16   argument on an expedited basis.  The Court has reviewed the motion and is fully

17   informed.

18         The parties have stipulated to (1) entry of judgment against Defendant James

19   M. Simmons individually, and against the marital community of James M.

20   Simmons and Chris Simmons, but not against Chris Simmons separately, pursuant

     ORDER ~ 1

to Rule 58(d); (2) dismissal of Plaintiff's claims against Defendant Vicki L. Simmons without prejudice pursuant to Rule 41(a)(1)(A)(ii); and (3) dismissal of Defendants' counterclaims against Plaintiff with prejudice pursuant to Rule 41(a)(1)(A)(ii).

**IT IS HEREBY ORDERED:**

The parties' Stipulated Motion for Entry of Judgment (ECF No. 19) and Motion to Expedite (ECF No. 11) are **GRANTED**.  Pursuant to the parties' stipulations, the Court orders as follows:

1. Defendant James M. Simmons is liable for breach of the Simmons Settlement Note, dated May 3, 2010, as alleged in the Complaint (ECF No. 1 at 5-6).

2. Judgment is entered that Defendant James M. Simmons, individually, and the marital community of James M. Simmons and Chris Simmons, but not against Chris Simmons separately, owes Plaintiff the following amounts:

    a. Principal in the amount of $240,594.22;

    b. Interest through December 31, 2012 in the amount of $1,021.70; and

    c. Interest after December 31, 2012, including prior to judgment, through judgment, and post-judgment, at the simple interest rate of 5% ($32.96 per diem).

3. Plaintiff's claims against Defendant Vicki L. Simmons are **DISMISSED** without prejudice.

ORDER ~ 2

1      4. Defendants' counterclaims against Plaintiff for breach of contract,

2         intentional misrepresentation, and negligent misrepresentation (ECF No. 4)

3         are **DISMISSED** with prejudice.

4      5. The parties shall bear their own costs and attorney's fees.

5         The District Court Executive is hereby directed to enter this Order, enter

6  **JUDGMENT** for Plaintiff and against Defendant James M. Simmons, and against

7  the marital community of James M. Simmons and Chris Simmons, but not against

8  Chris Simmons separately, as described above, provide copies to counsel, and

9  **CLOSE** the file.

10      **DATED** June 12, 2013.

11

12               THOMAS O. RICE

                 United States District Judge

13

14

15

16

17

18

19

20

ORDER ~ 3