# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRUCE J. KIESSLING<br>*Plaintiff*<br>v.<br>JAMES M. SIMMONS, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 13-CV-0037-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:   Judgment is entered that Defendant James M. Simmons, individually, and the marital community of James M. and Chris Simmons, but not against Chris Simmons separately, owes Plaintiff the following:

a. Principal in the amount of $240,594.22;
b. Interest through December 31, 2012 in the amount of $1,021.70; and
c. Interest after December 31, 2013, including prior to judgment, through judgment, and post-judgment, at the simple interest rate of 5% ($32.96 per diem).

The parties shall bear their own costs and attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge   Thomas O. Rice   on a motion for
Third Stipulated Motion for Entry of Judgment (ECF No. 19).

Date:  06/12/2013

*CLERK OF COURT*

s/ Linda L. Hansen

Deputy Clerk

Signature of Clerk or Deputy Clerk